

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-18-00186-CR

_____

LARRY DARNELL TAVE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 47,349-B

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

Larry Darnell Tave appeals from his conviction of driving while intoxicated, third offense or more, and sentence of twelve years' imprisonment. On December 28, 2018, Tave's court-appointed appellate counsel, Natalie A. Anderson, filed an *Anders*[1] brief, and on January 9, 2019, Tave filed a pro se motion for access to the appellate record. Pursuant to *Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014), we are now required to enter an order specifying the procedure to be followed to ensure Tave's access to the record. This order is intended to accomplish that goal.

Anderson advised this Court that on January 10, 2019, she mailed a complete paper copy of the appellate record to Tave. Allowing a generous fifteen days for that record to be delivered to Tave and giving Tave thirty days to prepare and file his pro se response, we hereby set February 25, 2019, as the deadline for Tave to file his pro se response to Anderson's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

DATE:        January 15, 2019

---

[1]*See Anders v. California*, 386 U.S. 738 (1967).